536 A.2d 796

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Allen BRAUND, Respondent.**

Supreme Court of Pennsylvania.

Jan. 19, 1988.

## ORDER

PER CURIAM.

And now, this 19th day of January, 1988, the order of the Superior Court is reversed insofar as it allowed Respondent Allen Braund to withdraw his plea of *nolo contendere* entered on March 8, 1985. In all other aspects, the order is affirmed.

McDERMOTT, J. dissents.